```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  10/30/2024

            CENTRAL DISTRICT OF CALIFORNIA
            BY:        AP        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:24-cr-00262-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death and Serious Bodily Injury; 21 U.S.C. § 853: Criminal Forfeiture] |
| BREANNA DAEYSHANEE KUYRE GARCIA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. §§ 2(a), (b)]

On or about January 22, 2020, in San Bernardino County, within the Central District of California, defendant BREANNA DAEYSHANEE KUYRE GARCIA, and others known and unknown, each aiding and abetting the others, knowingly and intentionally distributed, and willfully caused to be distributed, fentanyl, a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of J.F. on or about January 22, 2020.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. §§ 2(a), (b)]

On or about January 22, 2020, in San Bernardino County, within the Central District of California, defendant BREANNA DAEYSHANEE KUYRE GARCIA, and others known and unknown, each aiding and abetting the others, knowingly and intentionally distributed, and willfully caused to be distributed, fentanyl, a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of N.C. on or about January 22, 2020.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of the offenses set forth in any of Counts One or Two of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendants obtained, directly or indirectly, from any such offense;

   (b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

   (c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.   Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

3

in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

ELI A. ALCARAZ
Assistant United States Attorneys
Public Corruption & Civil Rights
Section

4